ACCEPTED
01-15-00915-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/29/2015 9:50:10 AM
CHRISTOPHER PRINE
CLERK



Public Defender's Office

Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.437.4322  Fax

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/29/2015 9:50:10 AM

CHRISTOPHER A. PRINE
Clerk

October 29, 2015

Mr. Chris Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002

   re:  *Jose Carapia v. State*; Cause Number 01-15-00915-CR

Dear Mr. Prine:

   I was appointed to represent Mr. Carapia on appeal.  After a review of the docket and documents in the case, there is no order in which to appeal.  The relevant dates are:

| | |
|---|---|
| August 12, 2013 | Mr. Carapia was indicted for aggravated assault |
| June 27, 2014 | Mr. Carapia was convicted by a jury and sentenced to 4 years TDC, probated for 6 years. |
| January 6, 2015 | The State filed a motion to revoke probation |
| October 2, 2015 | The State dismissed the motion to revoke probation |
| October 9, 2015 | Mr. Carapia filed a Notice of Appeal |

   It appears that there is no appealable order.  A motion to dismiss cannot be appealed.  And if Mr. Carapia is appealing the original judgment, then the notice is untimely.  This appeal should be dismissed for want of jurisdiction.  *See Singletary v. State*, 2014 WL 810838 (Tex. App. – Houston [1st Dist.] 2014, pdr ref'd).

         Respectfully submitted,

         **ALEXANDER BUNIN**
         Chief Public Defender
         Harris County Texas

         */s/ Jani J. Maselli Wood*

         _____

         **JANI J. MASELLI WOOD**

Assistant Public Defender
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
Jani.Maselli@pdo.hctx.net
(713) 368-0016
(713) 437-4322 (fax)
TBA No. 00791195

Certificate of Service

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on October 29, 2015, a copy of the foregoing was served electronically to counsel for the state (through texfile.com) at the following address:

Alan Curry
Harris County District Attorney's Office
1201 Franklin Street, 6th Floor
Houston, TX 77002
curry_alan@dao.hctx.net

A copy was hand-delivered to the Honorable Judge Jan Krocker.

/s/ *Jani Maselli Wood*

_____

JANI J. MASELLI WOOD



| THE STATE OF TEXAS | § | IN THE 184TH DISTRICT |
|---|---|---|
| v. | § § | COURT |
| CARAPIA, JOSE LUIS | § § | HarrisCounty, TEXAS |
| STATE ID No TX06962537 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding | HON JAN KROCKER | Date Judgment Entered | 06/27/2014 |
|---|---|---|---|
| Attorney for State | RYAN VOLKMER | Attorney for Defendant | TURNER, MICHAEL E |

**Offense for which Defendant Convicted**
**AGG ASSAULT W/DEADLY WEAPON**

| Charging Instrument | Statute for Offense |
|---|---|
| **INDICTMENT** | **N/A** |

**Date of Offense**
**06/09/2013**

| Degree of Offense | Plea to Offense |
|---|---|
| **2ND DEGREE FELONY** | **NOT GUILTY** |

| Verdict of Jury | Findings on Deadly Weapon |
|---|---|
| **GUILTY** | **YES, NOT A FIREARM** |

| Plea to 1st Enhancement Paragraph | N/A | Plea to 2nd Enhancement/Habitual Paragraph | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph | N/A | Findings on 2nd Enhancement/Habitual Paragraph | N/A |

| Punished Assessed by | Date Sentence Imposed | Date Sentence to Commence |
|---|---|---|
| **JURY** | **06/27/2014** | **N/A** |

| Punishment and Place of Confinement | **4 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY.**

☒ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR 6 YEARS.

| Fine | Court Costs ☞ | Restitution | Restitution Payable to |
|---|---|---|---|
| $ 1,000 | $ 289.00 | $ N/A | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX CODE CRIM PROC chapter 62

The age of the victim at the time of the offense was **N/A**

If Defendant is to serve sentence in TDCJ enter incarceration periods in chronological order

| Time Credited. | From | to | | From | to | |
|---|---|---|---|---|---|---|
| | From | to | | From | to | |
| | From | to | | From | to | |

RECORDER'S ME
This instrument is
at the time of

OFFENSE: _Agg. Assault DW -_ /MRP only/ CAUSE NO. _1390914_

THE STATE OF TEXAS          IN THE _184_ DISTRICT COURT
                                      IN COUNTY CRIMINAL COURT AT LAW NO.____

VS.

_Carapia, Jose_                         OF
                                    HARRIS COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas, by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ❑ The Defendant was convicted in another case.
- ☒ In custody elsewhere.
- ❑ Old case, no arrest.
- ❑ Missing witness.
- ❑ Request of complaining witness.
- ❑ Motion to suppress granted.
- ❑ Co-Defendant tried, this Defendant testify.
- ❑ Insufficient evidence.
- ❑ Co-Defendant convicted, insufficient evidence this Defendant.
- ❑ Case refiled as cause no. _____
- ☒ Other.

EXPLANATION: _Defendant Detained by Immigration._

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_____
Assistant District Attorney

FILED
Chris Daniel
District Clerk
Time: 10-2-2 2015
OCT - 2 2015
By _____
Harris County, Texas
Deputy